Justin P. Karczag, SBN 223764
Muhammed T. Hussain, SBN 259234
Raffi A. Babaian, SBN 308245
**ENCORE LAW GROUP LLP**
1100 Wilshire Boulevard, Suite 3305
Los Angeles, CA 90017
Tel: (213) 559-7395
Fax: (213) 559-7396

*Attorneys for Defendant,*
GRIGOR TATOYAN

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GRIGOR TATOYAN, an individual; HARUTYUN BOGHARIAN, an individual; ARMINE MKRTCHYAN, an individual; and GAGIK VARDANYAN, an individual,<br><br>Defendants. | Case No.: 2:18-cv-07086 FMO (FFMx)<br><br>District Judge:<br>Hon. Fernando M. Olguin<br>Courtroom 6D<br><br>**ORDER GRANTING STIPULATION [43] DISBURSING INTERPLEADER FUNDS AND DISMISSING ACTION WITH PREJUDICE** |

Case No.: 2:18-cv-07086 FMO (FFMx)
**ORDER**

# **ORDER DISBURSING INTERPLEADED FUNDS AND DISMISSING ACTION WITH PREJUDICE**

Pursuant to the Pursuant to the Stipulation of the Parties, the Court enters the following order:

The Complaint-In-Interpleader and Cross-Claims are dismissed with prejudice.

The Clerk shall disburse the Interpleaded Funds on deposit with the Court as follows:

1. $85,000.00 shall be paid to Gagik Vardanyan by a check made payable to: "Gagik Vardanyan" and delivered to Gagik Vardanyan, 346 Riverdale Dr., Glendale, CA 91204 .
2. $50,000.00 shall be paid to Armine Mkrtchyan by a check made payable to: "Armine Mkrtchyan" and delivered Armine Mkrtchyan, 346 Riverdale Dr., Glendale, CA 91204.
3. $50,000.00 shall be paid to Harutyan Bogharian by a check made payable to: "Harutyan Bogharian" and delivered to Harutyan Bogharian, 346 Riverdale Dr., Glendale, CA 91204.
4. The remainder, and all accrued interest (if any), are to be disbursed to Grigor Tatoyan by a check made payable to "Encore Law Group LLP IOLTA" and delivered to Encore Law Group LLP, 1100 Wilshire Blvd., Suite 3305, Los Angeles, CA 90017.

DATED: April 4, 2019

/s/
Hon. Fernando M. Olguin
United States District Judge

cc: Fiscal Section